UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD P. GRELLA,

                    Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
------------------------------------------------------------X

JUDGMENT
04-CV-3513 (ARR)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 16 2005 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 15, 2005, denying defendant's motion for judgment on the pleadings; and granting plaintiff's cross-motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that judgment is hereby entered denying defendant's motion for judgment on the pleadings; and that plaintiff's cross-motion is granted.

Dated: Brooklyn, New York
        June 16, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court